UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
DIVISION OF SHREVEPORT

| | | |
|---|---|---|
| ERICA BROWN AND JEREMIAH GREEN, INDIVIDUALLY AND ON ON BEHALF OF THE ESTATE OF RUBY GREEN | § | CIVIL ACTION NO. 5:21-CV-02406-SMH-MLH |
| V. | § | JUDGE S. MAURICE HICKS, JR. |
| PMG OPCO-WASHINGTON, LLC D/B/A BOOKER T. WASHINGTON SKILLED NURSING & REHABILITATION AND KOURTNEY BROWNLEE | § | MAGISTRATE JUDGE HORNSBY |

**<u>DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING APPEAL FIFTH CIRCUIT COURT OF APPEALS RULING IN *MITCHELL v. ADVANCED HCS, LLC*</u>**

For the reasons set forth in the accompanying Memorandum, Defendants PMG OPCO-Washington, LLC d/b/a Booker T. Washington Skilled Nursing & Rehabilitation Center ("BTW") and Kourtney Brownlee ("Brownlee"), move to stay this matter pending the ruling of the Fifth Circuit Court of Appeals in *Mitchell v. Advanced HCS, LLC*, Case No. 21-10477.

Respectfully submitted,

By: /s/ Ronald E. Raney_____
     RONALD E. RANEY, Bar Roll #8570

**LUNN IRION LAW FIRM, LLC**
A Limited Liability Company
P. O. Box 1534
Shreveport, LA  71165-1534
Tel. (318) 222-0665
Fax (318) 220-3265

          HALL BOOTH SMITH, P.C.
          TERESA PIKE TOMLINSON
          Georgia Bar No. 466930
          Pro Hac Vice
          1301 First Avenue
          Suite 100
          Columbus, GA 31901
          Tel: 706-494-3818
          Fax: 706-322-5469
          Email: ttomlinson@hallboothsmith.com

**ATTORNEYS FOR PMG OPCO-WASHINGTON, LLC D/B/A BOOKER T. WASHINGTON SKILLED NURSING & REHABILITATION CENTER, AND KOURTNEY BROWNLEE**

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion to Stay Proceedings Pending Appeal of *Mitchell v. Advanced-HCS, LLC* has been served upon all counsel of record pursuant to the court's electronic docket system this 12th day of October, 2021.

          /s/ Ronald E. Raney

72387000-2

2